# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHN EDWARD BOWKER,

    Plaintiff,

v.

                              Case No. 1:24-cv-01174-MIS-KK

FRANK BISIGNANO, Commissioner
of the Social Security Administration,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND GRANTING MOTION TO REVERSE AND REMAND TO AGENCY

THIS MATTER is before the Court on the Proposed Findings and Recommended Disposition issued by United States Magistrate Judge Kirtan Khalsa on January 26, 2026 ("PFRD"). ECF No. 25. Therein, Judge Khalsa recommends that the Court grant Plaintiff John Edwar Bowker's Motion to Reverse and Remand to Agency, reverse the Commissioner's decision denying Plaintiff's Supplemental Security Income claim, and remand to the Commissioner for further proceedings. The PFRD provides the Parties fourteen days to file objections. Id. at 38. To date, no objections have been filed. The failure to make timely objections to a Magistrate Judge's PFRD waives appellate review of both factual and legal questions. United States v. 2121 East 30th Street, 73 F.3d 1057, 1059 (10th Cir. 1996).

Therefore, it is **HEREBY ORDERED** that:

1. The Proposed Findings and Recommended Disposition issued by United States Magistrate Judge Kirtan Khalsa on January 26, 2026, ECF No. 25, is **ADOPTED**;

2. Plaintiff's Motion to Reverse and Remand to Agency, ECF No. 16, is **GRANTED**;

3. This case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the PFRD;

4. This case is now **CLOSED**; and

5. Pursuant to Federal Rule of Civil Procedure 58(a), the Court will separately enter **FINAL JUDGMENT**.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE